PHINEAS PIERCE ET AL. v. BERNARD RICH ET AL.

[See *ante*, 644.]

*Fraudulent conveyances—Remedy of creditors.*

This case is ruled by the decision in *Brock v. Rich*, 76 Mich. 644, to which reference is had.

Appeal from Iosco. (Simpson, J.) Argued June 27, 1889. Decided October 18, 1889.

Bill in aid of execution. Defendants appeal from decree overruling demurrer. Decree reversed and bill dismissed. The facts are stated in the opinion, and in *Brock v. Rich,* 76 Mich. 644.

*Henry & Cornville,* for complainants.

*O. E. M'Cutcheon (Dickinson, Thurber & Stevenson,* of counsel), for defendants.

SHERWOOD, C. J. This case involves substantially the same questions disposed of in the case of *Brock v. Rich, ante,* 644.

It was heard together with this case at the last term of the Court, and argued by the same counsel. With the exception of different complainants, and judgment rendered July 29, 1886, and date of levy, the allegations of the bill are substantially the same. The date of the levy is not given. It avers Rich is insolvent, but nothing is said as to the responsibility of Mrs. Rich. It does, however, aver that Rich was the owner of the stock of goods on the sixteenth of December, 1886.

An examination of the record discloses nothing new which would take the case outside the rulings of this Court in the other cause referred to. The demurrer was overruled, with leave to defendants to answer the same, as in the other case.

The decree must therefore be reversed, and complainants' bill dismissed, with costs of both courts to defendants.

The other Justices concurred.